Exhibit 1

**Int. Cls.: 6, 9, 14, 15, 16, 18, 20, 21, 24, 25, 26, 27, 28 and 41**

**Prior U.S. Cls.: 2, 3, 13, 21, 22, 27, 28, 32, 33, 36, 37, 38, 39, 40, 41, 42, 50 and 107**

Reg. No. 1,364,137

## United States Patent and Trademark Office
Registered Oct. 8, 1985

### TRADEMARK
### SERVICE MARK
### PRINCIPAL REGISTER



REGENTS OF THE UNIVERSITY OF MICHIGAN, THE (MICHIGAN CORPORATION)
503 THOMPSON ST.
ANN ARBOR, MI 48109

FOR: KEY RINGS AND CAR EMBLEMS OF NON-PRECIOUS METAL, METAL LICENSE PLATES AND FRAMES, IN CLASS 6 (U.S. CLS. 13 AND 50).

FIRST USE 9–0–1954; IN COMMERCE 9–0–1954.

FOR: PHONOGRAPH RECORDS, AUDIO AND VIDEO RECORDS, TAPES, AND CASSETTES, IN CLASS 9 (U.S. CLS. 21 AND 36).

FIRST USE 7–0–1972; IN COMMERCE 7–0–1972.

FOR: CLOCKS AND WATCHES, IN CLASS 14 (U.S. CLS. 27 AND 28).

FIRST USE 9–0–1937; IN COMMERCE 9–0–1937.

FOR: MUSIC BOXES AND KAZOOS, IN CLASS 15 (U.S. CL. 36).

FIRST USE 5–0–1971; IN COMMERCE 5–0–1971.

FOR: PLAYING CARDS, GREETING CARDS, PRINTS, PENS, PENCILS, LETTER OPENERS, DECALS, BUMPER STICKERS, MEMO PADS, PENCIL HOLDERS, CALENDARS, PAPER NAPKINS, AND CHECKBOOK COVERS, IN CLASS 16 (U.S. CLS. 22, 37 AND 38).

FIRST USE 9–0–1893; IN COMMERCE 9–0–1893.

FOR: UMBRELLAS, TOTE BAGS, DUFFLE BAGS, TRI-FOLD AND BI-FOLD WALLETS, AND CHILDREN'S WALLETS, IN CLASS 18 (U.S. CLS. 3 AND 41).

FIRST USE 9–0–1973; IN COMMERCE 9–0–1973.

FOR: PILLOWS, DECORATIVE PLAQUES, AND NOVELTY BUTTONS, IN CLASS 20 (U.S. CLS. 32 AND 50).

FIRST USE 4–0–1968; IN COMMERCE 4–0–1968.

FOR: PEWTER MUGS, MUGS, WINE DECANTERS, GLASS BEVERAGEWARE, STAINED GLASS, TRAYS, COASTERS, ICE BUCKETS, WASTEPAPER BASKETS, PAPER PLATES, AND PICNIC BASKETS, IN CLASS 21 (U.S. CLS. 2, 13, 33 AND 50).

FIRST USE 2–0–1948; IN COMMERCE 2–0–1948.

FOR: BEACH AND REGULAR TOWELS, BLANKETS, PENNANTS, AND FLAGS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 9–0–1903; IN COMMERCE 9–0–1903.

2                                                    1,364,137

FOR: APRONS, ADULT AND CHILDREN'S JACKETS AND VESTS, MEN'S SHIRTS, SPORTSHIRTS, TIES, NIGHT SHIRTS, LADIES' TOPS, ADULT AND CHILDREN'S JERSEYS, CAPS, SPORT CAPS, VISOR CAPS, SKI CAPS, SCARVES, SILK SCARVES, SWEATERS, PONCHOS, GLOVES, MITTENS, GOLF SWEATERS, LADIES' AND MEN'S AND CHILDREN'S T-SHIRTS, BASEBALL SHIRTS, FOOTBALL-STYLE JERSEYS, LADIES' AND MEN'S SHORTS, SOCKS, ADULT AND CHILDREN'S WARM UP SUITS, BABY SLEEPERS, BABY SHIRTS, WESTERN HATS, TENNIS HATS, WRISTBANDS, AND SWEATBANDS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 9-0-1893; IN COMMERCE 9-0-1893.

FOR: CHARMS, NECKLACES, BRACELETS, EARRINGS, RINGS, TIE TACKS, BELT BUCKLES, PINS AND BROACHES OF NON-PRECIOUS METAL, EMBROIDERED EMBLEMS AND PATCHES, IN CLASS 26 (U.S. CL. 40).

FIRST USE 8-0-1948; IN COMMERCE 8-0-1948.

FOR: FLOOR MATS, RUGS, AND WALL HANGINGS, IN CLASS 27 (U.S. CLS. 42 AND 50).

FIRST USE 6-0-1948; IN COMMERCE 6-0-1948.

FOR: TOY FLYING DISCS, BASKETBALLS, FOAM BASKETBALLS, STUFFED TOY ANIMALS, DOLLS, GOLF BAGS, HEAD COVERS, GOLF BALLS, CHRISTMAS ORNAMENTS AND STOCKINGS, IN CLASS 28 (U.S. CLS. 22 AND 50).

FIRST USE 5-0-1949; IN COMMERCE 5-0-1949.

FOR: EDUCATIONAL—NAMELY, CONDUCTING COURSES AT THE UNDERGRADUATE AND GRADUATE LEVEL, ENTERTAINMENT—NAMELY, CONDUCTING COLLEGIATE ATHLETIC EXHIBITIONS AND GAMES, IN CLASS 41 (U.S. CL. 107).

FIRST USE 0-0-1891; IN COMMERCE 0-0-1891.

SER. NO. 390,876, FILED 9-28-1982.

SUSAN L. HELLER, EXAMINING ATTORNEY

Int. Cls.: 6, 9, 14, 15, 16, 18, 20, 21, 24, 25, 26, 27, 28 and 41

Prior U.S. Cls.: 2, 3, 13, 21, 22, 27, 28, 32, 33, 36, 37, 38, 39, 40, 41, 42, 50 and 107

## United States Patent and Trademark Office

Reg. No. 1,364,137
Registered Oct. 8, 1985

## TRADEMARK
## SERVICE MARK
## PRINCIPAL REGISTER



REGENTS OF THE UNIVERSITY OF MICHI-
GAN, THE (MICHIGAN CORPORATION)
503 THOMPSON ST.
ANN ARBOR, MI 48109

FOR: KEY RINGS AND CAR EMBLEMS OF NON-PRECIOUS METAL, METAL LICENSE PLATES AND FRAMES, IN CLASS 6 (U.S. CLS. 13 AND 50).

FIRST USE 9-0-1954; IN COMMERCE 9-0-1954.

FOR: PHONOGRAPH RECORDS, AUDIO AND VIDEO RECORDS, TAPES, AND CAS-SETTES, IN CLASS 9 (U.S. CLS. 21 AND 36).

FIRST USE 7-0-1972; IN COMMERCE 7-0-1972.

FOR: CLOCKS AND WATCHES, IN CLASS 14 (U.S. CLS. 27 AND 28).

FIRST USE 9-0-1937; IN COMMERCE 9-0-1937.

FOR: MUSIC BOXES AND KAZOOS, IN CLASS 15 (U.S. CL. 36).

FIRST USE 5-0-1971; IN COMMERCE 5-0-1971.

FOR: PLAYING CARDS, GREETING CARDS, PRINTS, PENS, PENCILS, LETTER OPENERS, DECALS, BUMPER STICKERS, MEMO PADS, PENCIL HOLDERS, CALENDARS, PAPER NAPKINS, AND CHECKBOOK COVERS, IN CLASS 16 (U.S. CLS. 22, 37 AND 38).

FIRST USE 9-0-1893; IN COMMERCE 9-0-1893.

FOR: UMBRELLAS, TOTE BAGS, DUFFLE BAGS, TRI-FOLD AND BI-FOLD WALLETS, AND CHILDREN'S WALLETS, IN CLASS 18 (U.S. CLS. 3 AND 41).

FIRST USE 9-0-1973; IN COMMERCE 9-0-1973.

FOR: PILLOWS, DECORATIVE PLAQUES, AND NOVELTY BUTTONS, IN CLASS 20 (U.S. CLS. 32 AND 50).

FIRST USE 4-0-1968; IN COMMERCE 4-0-1968.

FOR: PEWTER MUGS, MUGS, WINE DE-CANTERS, GLASS BEVERAGEWARE, STAINED GLASS, TRAYS, COASTERS, ICE BUCKETS, WASTEPAPER BASKETS, PAPER PLATES, AND PICNIC BASKETS, IN CLASS 21 (U.S. CLS. 2, 13, 33 AND 50).

FIRST USE 2-0-1948; IN COMMERCE 2-0-1948.

FOR: BEACH AND REGULAR TOWELS, BLANKETS, PENNANTS, AND FLAGS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 9-0-1903; IN COMMERCE 9-0-1903.

2                                           1,364,137

FOR: APRONS, ADULT AND CHILDREN'S JACKETS AND VESTS, MEN'S SHIRTS, SPORTSHIRTS, TIES, NIGHT SHIRTS, LADIES' TOPS, ADULT AND CHILDREN'S JERSEYS, CAPS, SPORT CAPS, VISOR CAPS, SKI CAPS, SCARVES, SILK SCARVES, SWEATERS, PONCHOS, GLOVES, MITTENS, GOLF SWEATERS, LADIES' AND MEN'S AND CHILDREN'S T-SHIRTS, BASEBALL SHIRTS, FOOTBALL-STYLE JERSEYS, LADIES' AND MEN'S SHORTS, SOCKS, ADULT AND CHILDREN'S WARM UP SUITS, BABY SLEEPERS, BABY SHIRTS, WESTERN HATS, TENNIS HATS, WRISTBANDS, AND SWEATBANDS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 9–0–1893; IN COMMERCE 9–0–1893.

FOR: CHARMS, NECKLACES, BRACELETS, EARRINGS, RINGS, TIE TACKS, BELT BUCKLES, PINS AND BROACHES OF NON-PRECIOUS METAL, EMBROIDERED EMBLEMS AND PATCHES, IN CLASS 26 (U.S. CL. 40).

FIRST USE 8–0–1948; IN COMMERCE 8–0–1948.

FOR: FLOOR MATS, RUGS, AND WALL HANGINGS, IN CLASS 27 (U.S. CLS. 42 AND 50).

FIRST USE 6–0–1948; IN COMMERCE 6–0–1948.

FOR: TOY FLYING DISCS, BASKETBALLS, FOAM BASKETBALLS, STUFFED TOY ANIMALS, DOLLS, GOLF BAGS, HEAD COVERS, GOLF BALLS, CHRISTMAS ORNAMENTS AND STOCKINGS, IN CLASS 28 (U.S. CLS. 22 AND 50).

FIRST USE 5–0–1949; IN COMMERCE 5–0–1949.

FOR: EDUCATIONAL—NAMELY, CONDUCTING COURSES AT THE UNDERGRADUATE AND GRADUATE LEVEL, ENTERTAINMENT—NAMELY, CONDUCTING COLLEGIATE ATHLETIC EXHIBITIONS AND GAMES, IN CLASS 41 (U.S. CL. 107).

FIRST USE 0–0–1891; IN COMMERCE 0–0–1891.

SER. NO. 390,876, FILED 9–28–1982.

SUSAN L. HELLER, EXAMINING ATTORNEY

Int. Cls.: 25, 26 and 41

Prior U.S. Cls.: 39, 40 and 107

**United States Patent and Trademark Office**

Reg. No. 1,310,132
Registered Dec. 18, 1984

TRADEMARK
SERVICE MARK
Principal Register

## MICHIGAN

The Regents of The University of Michigan (Michigan corporation)
503 Thompson St.
Ann Arbor, Mich. 48109

For: ADULT & CHILDREN'S JACKETS, MEN'S SHIRTS, SPORTSHIRTS, NIGHT SHIRTS, ADULT & CHILDREN'S JERSEYS, VISOR CAP, SKI CAP, SCARVES, GOLF SWEATERS, ADULT & CHILDREN'S T-SHIRTS, FOOTBALL STYLE JERSEYS, MEN'S SHORTS, SOCKS, in CLASS 25 (U.S. Cl. 39).

First use Sep. 1947; in commerce Sep. 1947.

For: EMBROIDERED EMBLEMS, in CLASS 26 (U.S. Cl. 40).

First use Sep. 1970; in commerce Sep. 1970.

For: ENTERTAINMENT SERVICES—NAMELY, CONDUCTING COLLEGIATE ATHLETIC EVENTS, in CLASS 41 (U.S. Cl. 107).

First use 1879; in commerce 1879.

Sec. 2(f).

Ser. No. 390,882, filed Sep. 28, 1982.

CRAIG K. MORRIS, Examining Attorney

**Int. Cls.: 25, 26 and 41**

**Prior U.S. Cls.: 39, 40 and 107**

**United States Patent and Trademark Office**

**Reg. No. 1,310,132**

Registered Dec. 18, 1984

## TRADEMARK
## SERVICE MARK
### Principal Register

## MICHIGAN

The Regents of The University of Michigan
(Michigan corporation)
503 Thompson St.
Ann Arbor, Mich. 48109

For: ADULT & CHILDREN'S JACKETS, MEN'S SHIRTS, SPORTSHIRTS, NIGHT SHIRTS, ADULT & CHILDREN'S JERSEYS, VISOR CAP, SKI CAP, SCARVES, GOLF SWEATERS, ADULT & CHILDREN'S T-SHIRTS, FOOTBALL STYLE JERSEYS, MEN'S SHORTS, SOCKS, in CLASS 25 (U.S. Cl. 39).

First use Sep. 1947; in commerce Sep. 1947.

For: EMBROIDERED EMBLEMS, in CLASS 26 (U.S. Cl. 40).

First use Sep. 1970; in commerce Sep. 1970.

For: ENTERTAINMENT SERVICES—NAMELY, CONDUCTING COLLEGIATE ATHLETIC EVENTS, in CLASS 41 (U.S. Cl. 107).

First use 1879; in commerce 1879.

Sec. 2(f).

Ser. No. 390,882, filed Sep. 28, 1982.

CRAIG K. MORRIS, Examining Attorney

Int. Cls.: 6, 14, 15, 16, 18, 20, 21, 24, 25, 26, 27 and 28

Prior U.S. Cls.: 2, 13, 19, 22, 27, 28, 32, 36, 37, 38, 39, 40, 41, 42 and 50

**United States Patent and Trademark Office**

Reg. No. 1,307,632
Registered Dec. 4, 1984

## TRADEMARK
### Principal Register

## M GO BLUE

The Regents of The University of Michigan (Michigan corporation)
503 Thompson St.
Ann Arbor, Mich. 48109

For: KEY RINGS; METAL LICENSE PLATES AND FRAMES, in CLASS 6 (U.S. Cls. 13, 19 and 50).

First use May 1968; in commerce May 1968.

For: CLOCKS, WATCHES, in CLASS 14 (U.S. Cl. 27).

First use May 1965; in commerce May 1965.

For: KAZOOS, in CLASS 15 (U.S. Cl. 36).

First use Apr. 1979; in commerce Apr. 1979.

For: PLAYING CARDS, PENS, LETTER OPENERS, BUMPER STICKERS, PAPER EMBLEMS, PAPER NAPKINS, NOTE PAPER HOLDERS, in CLASS 16 (U.S. Cls. 22, 37 and 38).

First use Aug. 1965; in commerce Aug. 1965.

For: UMBRELLAS, in CLASS 18 (U.S. Cl. 41).

First use May 1978; in commerce May 1978.

For: PILLOWS, WICKER BASKETS, STADIUM CUSHIONS, NOVELTY BUTTONS, in CLASS 20 (U.S. Cls. 2, 32 and 50).

First use May 1978; in commerce May 1978.

For: MUGS, TRAYS, ICE BUCKETS, in CLASS 21 (U.S. Cl. 2).

First use Jun. 1969; in commerce Jun. 1969.

For: TOWELS, PENNANTS, FLAGS, in CLASS 24 (U.S. Cls. 42 and 50).

First use Mar. 1968; in commerce Mar. 1968.

For: APRONS, SHIRTS, CAPS, SCARVES, PONCHOS, SOCKS, WARM-UP SUITS, BELTS, WRISTBANDS, HEADBANDS, T-SHIRTS, in CLASS 25 (U.S. Cl. 39).

First use Sep. 1975; in commerce Sep. 1975.

For: DECORATIVE PLAQUES, BELT BUCKLES, PINS & BROACHES OF NON-PRECIOUS METAL, in CLASS 26 (U.S. Cls. 28 and 40).

First use Sep. 1971; in commerce Sep. 1971.

For: FLOOR MATS, WALL HANGINGS, in CLASS 27 (U.S. Cls. 42 and 50).

First use May 1974; in commerce May 1974.

For: TOY FLYING DISCS, BASKETBALLS, STUFFED TOY ANIMALS, CHRISTMAS ORNAMENTS & STOCKINGS, THREE DIMENSIONAL PUZZLES, in CLASS 28 (U.S. Cls. 22 and 50).

First use Sep. 1980; in commerce Sep. 1980.

Ser. No. 390,883, filed Sep. 28, 1982.

SUSAN L. HELLER, Examining Attorney

Int. Cls.: 6, 14, 15, 16, 18, 20, 21, 24, 25, 26, 27 and 28

Prior U.S. Cls.: 2, 13, 19, 22, 27, 28, 32, 36, 37, 38, 39, 40, 41, 42 and 50

Reg. No. 1,307,632

**United States Patent and Trademark Office**  Registered Dec. 4, 1984

## TRADEMARK
### Principal Register

# M GO BLUE

The Regents of The University of Michigan (Michigan corporation)
503 Thompson St.
Ann Arbor, Mich. 48109

For: KEY RINGS; METAL LICENSE PLATES AND FRAMES, in CLASS 6 (U.S. Cls. 13, 19 and 50).

First use May 1968; in commerce May 1968.

For: CLOCKS, WATCHES, in CLASS 14 (U.S. Cl. 27).

First use May 1965; in commerce May 1965.

For: KAZOOS, in CLASS 15 (U.S. Cl. 36).

First use Apr. 1979; in commerce Apr. 1979.

For: PLAYING CARDS, PENS, LETTER OPENERS, BUMPER STICKERS, PAPER EMBLEMS, PAPER NAPKINS, NOTE PAPER HOLDERS, in CLASS 16 (U.S. Cls. 22, 37 and 38).

First use Aug. 1965; in commerce Aug. 1965.

For: UMBRELLAS, in CLASS 18 (U.S. Cl. 41).

First use May 1978; in commerce May 1978.

For: PILLOWS, WICKER BASKETS, STADIUM CUSHIONS, NOVELTY BUTTONS, in CLASS 20 (U.S. Cls. 2, 32 and 50).

First use May 1978; in commerce May 1978.

For: MUGS, TRAYS, ICE BUCKETS, in CLASS 21 (U.S. Cl. 2).

First use Jun. 1969; in commerce Jun. 1969.

For: TOWELS, PENNANTS, FLAGS, in CLASS 24 (U.S. Cls. 42 and 50).

First use Mar. 1968; in commerce Mar. 1968.

For: APRONS, SHIRTS, CAPS, SCARVES, PONCHOS, SOCKS, WARM-UP SUITS, BELTS, WRISTBANDS, HEADBANDS, T-SHIRTS, in CLASS 25 (U.S. Cl. 39).

First use Sep. 1975; in commerce Sep. 1975.

For: DECORATIVE PLAQUES, BELT BUCKLES, PINS & BROACHES OF NON-PRECIOUS METAL, in CLASS 26 (U.S. Cls. 28 and 40).

First use Sep. 1971; in commerce Sep. 1971.

For: FLOOR MATS, WALL HANGINGS, in CLASS 27 (U.S. Cls. 42 and 50).

First use May 1974; in commerce May 1974.

For: TOY FLYING DISCS, BASKETBALLS, STUFFED TOY ANIMALS, CHRISTMAS ORNAMENTS & STOCKINGS, THREE DIMENSIONAL PUZZLES, in CLASS 28 (U.S. Cls. 22 and 50).

First use Sep. 1980; in commerce Sep. 1980.

Ser. No. 390,883, filed Sep. 28, 1982.

SUSAN L. HELLER, Examining Attorney

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

Reg. No. 2,357,021

## United States Patent and Trademark Office

Registered June 13, 2000

## SERVICE MARK
### PRINCIPAL REGISTER

## WOLVERINES

REGENTS OF THE UNIVERSITY OF MICHIGAN, THE (MICHIGAN CORPORATION)
4020 FLEMING BUILDING
ANN ARBOR, MI 481091349

FOR: ORGANIZING EXHIBITIONS FOR COLLEGIATE ATHLETICS, NAMELY, FOOTBALL, BASKETBALL, HOCKEY, BASEBALL AND SOCCER, COLLEGIATE TOURNAMENTS, AND COLLEGIATE FOOTBALL GAMES; ARRANGING AND CONDUCTING EDUCATIONAL CONFERENCES; ORGANIZING FESTIVALS FEATURING A VARIETY OF ACTIVITIES, NAMELY, SPORTING EVENTS; ARRANGING AND CONDUCTING ATHLETIC COMPETITIONS; ENTERTAINMENT IN THE NATURE OF FOOTBALL GAMES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 9–0–1927; IN COMMERCE 9–0–1927.

SER. NO. 75–616,726, FILED 1–7–1999.

KEVON CHISOLM, EXAMINING ATTORNEY

**Int. Cl.: 41**

**Prior U.S. Cls.: 100, 101 and 107**

**Reg. No. 2,781,716**

## United States Patent and Trademark Office

Registered Nov. 11, 2003

### SERVICE MARK
**PRINCIPAL REGISTER**

## M GO BLUE

THE REGENTS OF THE UNIVERSITY OF MI-
CHIGAN (MICHIGAN CONSTITUTIONAL
CORPORATION)
1080 FLEMING BUILDING
503 THOMPSON STREET
ANN ARBOR, MI 481091340

FOR: EDUCATIONAL AND ENTERTAINMENT
SERVICES; NAMELY, CONDUCTING COLLEGI-
ATE ATHLETIC EXHIBITIONS AND GAMES , IN
CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 10-24-1998; IN COMMERCE 10-24-1998.

SER. NO. 76-474,733, FILED 12-13-2002.

MATTHEW KLINE, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# Michigan

**Reg. No. 4,764,581**

**Registered June 30, 2015**

**Int. Cls.: 14, 16, 26, 27 and 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

REGENTS OF THE UNIVERSITY OF MICHIGAN (MICHIGAN STATE UNIVERSITY), AKA UNIVERSITY OF MICHIGAN
5010 FLEMING ADMINISTRATION BUILDING
503 THOMPSON STREET
ANN ARBOR, MI 481091340

FOR: CLOCKS; EARRINGS; NECKLACES; RINGS; WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 4-0-1979; IN COMMERCE 4-0-1979.

FOR: CALENDARS; DECALS; DESK STANDS AND HOLDERS FOR PENS, PENCILS, AND INK; GREETING CARDS; MEMO PADS; PENCILS; PENS; STICKERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 8-0-1974; IN COMMERCE 8-0-1974.

FOR: EMBROIDERED EMBLEMS; ORNAMENTAL NOVELTY PINS, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

FIRST USE 4-0-1979; IN COMMERCE 4-0-1979.

FOR: FLOOR MATS; RUGS; VINYL WALL COVERINGS, IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

FIRST USE 2-0-1981; IN COMMERCE 2-0-1981.

FOR: BASKETBALLS; CHRISTMAS TREE ORNAMENTS; COVERS FOR GOLF CLUBS; DOG TOYS; GOLF BALLS; GOLF CLUB BAGS; HEAD COVERS FOR GOLF CLUBS; STUFFED DOLLS AND ANIMALS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 11-0-1979; IN COMMERCE 11-0-1979.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,310,132, 3,246,002 AND OTHERS.

*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

**Reg. No. 4,764,581**  SEC. 2(F).

SER. NO. 86-453,303, FILED 11-13-2014.

KAMAL PREET, EXAMINING ATTORNEY

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Int. Cls.: 12, 14, 15, 16, 18, 20, 24, 25, 26, 28 and 41

Prior U.S. Cls.: 19, 22, 27, 32, 36, 37, 39, 40, 41, 50 and 107

Reg. No. 1,331,940

## United States Patent and Trademark Office

Registered Apr. 23, 1985

### TRADEMARK
### SERVICE MARK
### PRINCIPAL REGISTER

## LSU

LOUISIANA STATE UNIVERSITY AGRICULTURAL AND MECHANICAL COLLEGE (LOUISIANA CORPORATION)
BATON ROUGE, LA 70803

FOR: LICENSE PLATES, IN CLASS 12 (U.S. CL. 19).
FIRST USE 9-28-1982; IN COMMERCE 9-28-1982.
FOR: WALL CLOCK SHAPED TO RESEMBLE THE STATE OF LOUISIANA, IN CLASS 14 (U.S. CL. 27).
FIRST USE 9-28-1982; IN COMMERCE 9-28-1982.
FOR: MUSIC BOX-KEY CHAIN, IN CLASS 15 (U.S. CL. 36).
FIRST USE 9-28-1982; IN COMMERCE 9-28-1982.
FOR: WRITING TABLETS AND PLAYING CARDS, IN CLASS 16 (U.S. CLS. 22 AND 37).
FIRST USE 9-28-1982; IN COMMERCE 9-28-1982.
FOR: BROCABRELLA—NAMELY, AN UMBRELLA TO BE WORN ON THE HEAD, AND AN UMBRELLA, IN CLASS 18 (U.S. CL. 41).
FIRST USE 9-28-1982; IN COMMERCE 9-28-1982.
FOR: STADIUM CUSHION, STADIUM CHAIR SEAT, AND A COCKERSTOOL-FOOTSTOOL, IN CLASS 20 (U.S. CL. 32).
FIRST USE 9-28-1982; IN COMMERCE 9-28-1982.

FOR: CLOTH PENNANTS, IN CLASS 24 (U.S. CL. 50).
FIRST USE 9-28-1982; IN COMMERCE 9-28-1982.
FOR: PONCHOS, VISORS, COACHING CAPS, SWEATSHIRTS, FOOTBALL JERSEYS, AND SPORT SHIRTS, IN CLASS 25 (U.S. CL. 39).
FIRST USE 9-28-1982; IN COMMERCE 9-28-1982.
FOR: BELT BUCKLES, IN CLASS 26 (U.S. CL. 40).
FIRST USE 9-28-1982; IN COMMERCE 9-28-1982.
FOR: CHRISTMAS TREE ORNAMENTS, FOOTBALL HELMETS, THREE-DIMENSIONAL CUBE TYPE PUZZLES, AND SPIRIT HANDS-NAMELY A NOVELTY ITEM CONSISTING OF A STYROFOAM ENLARGED HAND, IN CLASS 28 (U.S. CLS. 22 AND 50).
FIRST USE 9-28-1982; IN COMMERCE 9-28-1982.
FOR: EDUCATIONAL SERVICES—NAMELY, PROVIDING INSTRUCTION AT THE COLLEGE LEVEL, IN CLASS 41 (U.S. CL. 107).
FIRST USE 0-0-1902; IN COMMERCE 0-0-1902.

SER. NO. 393,879, FILED 9-29-1982.

MICHELLE S. WISEMAN, EXAMINING ATTORNEY

Int. Cls.: 12, 14, 15, 16, 18, 20, 24, 25, 26, 28 and 41

Prior U.S. Cls.: 19, 22, 27, 32, 36, 37, 39, 40, 41, 50 and 107

Reg. No. 1,331,940

## United States Patent and Trademark Office
Registered Apr. 23, 1985

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

## LSU

LOUISIANA STATE UNIVERSITY AGRICULTURAL AND MECHANICAL COLLEGE (LOUISIANA CORPORATION)
BATON ROUGE, LA 70803

FOR: LICENSE PLATES, IN CLASS 12 (U.S. CL. 19).
FIRST USE 9–28–1982; IN COMMERCE 9–28–1982.
FOR: WALL CLOCK SHAPED TO RESEMBLE THE STATE OF LOUISIANA, IN CLASS 14 (U.S. CL. 27).
FIRST USE 9–28–1982; IN COMMERCE 9–28–1982.
FOR: MUSIC BOX-KEY CHAIN, IN CLASS 15 (U.S. CL. 36).
FIRST USE 9–28–1982; IN COMMERCE 9–28–1982.
FOR: WRITING TABLETS AND PLAYING CARDS, IN CLASS 16 (U.S. CLS. 22 AND 37).
FIRST USE 9–28–1982; IN COMMERCE 9–28–1982.
FOR: BROCABRELLA—NAMELY, AN UMBRELLA TO BE WORN ON THE HEAD, AND AN UMBRELLA, IN CLASS 18 (U.S. CL. 41).
FIRST USE 9–28–1982; IN COMMERCE 9–28–1982.
FOR: STADIUM CUSHION, STADIUM CHAIR SEAT, AND A COCKERSTOOL-FOOTSTOOL, IN CLASS 20 (U.S. CL. 32).
FIRST USE 9–28–1982; IN COMMERCE 9–28–1982.

FOR: CLOTH PENNANTS, IN CLASS 24 (U.S. CL. 50).
FIRST USE 9–28–1982; IN COMMERCE 9–28–1982.
FOR: PONCHOS, VISORS, COACHING CAPS, SWEATSHIRTS, FOOTBALL JERSEYS, AND SPORT SHIRTS, IN CLASS 25 (U.S. CL. 39).
FIRST USE 9–28–1982; IN COMMERCE 9–28–1982.
FOR: BELT BUCKLES, IN CLASS 26 (U.S. CL. 40).
FIRST USE 9–28–1982; IN COMMERCE 9–28–1982.
FOR: CHRISTMAS TREE ORNAMENTS, FOOTBALL HELMETS, THREE-DIMENSIONAL CUBE TYPE PUZZLES, AND SPIRIT HANDS-NAMELY A NOVELTY ITEM CONSISTING OF A STYROFOAM ENLARGED HAND, IN CLASS 28 (U.S. CLS. 22 AND 50).
FIRST USE 9–28–1982; IN COMMERCE 9–28–1982.
FOR: EDUCATIONAL SERVICES—NAMELY, PROVIDING INSTRUCTION AT THE COLLEGE LEVEL, IN CLASS 41 (U.S. CL. 107).
FIRST USE 0–0–1902; IN COMMERCE 0–0–1902.

SER. NO. 393,879, FILED 9–29–1982.

MICHELLE S. WISEMAN, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**Reg. No. 2,080,848**

## United States Patent and Trademark Office

Registered July 22, 1997

## TRADEMARK
### PRINCIPAL REGISTER

## AUBURN UNIVERSITY

AUBURN UNIVERSITY (ALABAMA INSTRU-
MENTALITY)
105 SAMFORD HALL
AUBURN, AL 36849

FOR: CLOTHING, NAMELY, SHIRTS,
SHORTS, T-SHIRTS, SLEEP SHIRTS, ROBES,
TENNIS SHIRTS, SWEAT SUITS, SWEAT
PANTS, SWEAT SHIRTS, SWEAT SHORTS,
LADIES TOPS, JERSEYS, SWEATERS, BLAZ-
ERS, JACKETS, VESTS, SHOES, MITTENS,
SCARVES, SOCKS, HATS, CAPS, VISORS, AND
CHILDREN'S CLOTHING, NAMELY, BIBS,
JUMPERS, ONESIES, BOOTIES, AND BABY
BOTTOMS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-1-1960; IN COMMERCE
1-1-1960.

SER. NO. 75-038,575, FILED 12-29-1995.

CARYN HINES, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,080,848

## United States Patent and Trademark Office

Registered July 22, 1997

## TRADEMARK
### PRINCIPAL REGISTER

## AUBURN UNIVERSITY

AUBURN UNIVERSITY (ALABAMA INSTRU-
MENTALITY)
105 SAMFORD HALL
AUBURN, AL 36849

FOR: CLOTHING, NAMELY, SHIRTS, SHORTS, T-SHIRTS, SLEEP SHIRTS, ROBES, TENNIS SHIRTS, SWEAT SUITS, SWEAT PANTS, SWEAT SHIRTS, SWEAT SHORTS, LADIES TOPS, JERSEYS, SWEATERS, BLAZERS, JACKETS, VESTS, SHOES, MITTENS, SCARVES, SOCKS, HATS, CAPS, VISORS, AND CHILDREN'S CLOTHING, NAMELY, BIBS, JUMPERS, ONESIES, BOOTIES, AND BABY BOTTOMS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-1-1960; IN COMMERCE 1-1-1960.

SER. NO. 75-038,575, FILED 12-29-1995.

CARYN HINES, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office



**Reg. No. 2,028,684**

**Registered Jan. 7, 1997**

**Amended Dec. 20, 2011**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

AUBURN UNIVERSITY (ALABAMA INSTRUMENTALITY OF THE STATE OF ALABAMA), 303 SAMFORD HALL
AUBURN, AL 368495118

FOR: CLOTHING, NAMELY, SHIRTS, SHORTS, T-SHIRTS, SLEEP SHIRTS, ROBES, TENNIS SHIRTS, SWEAT SUITS, SWEAT PANTS, SWEAT SHIRTS, SWEAT SHORTS, LADIES TOPS, JERSEYS, SWEATERS, BLAZERS, JACKETS, VESTS, SHOES, MITTENS, SCARVES, SOCKS, HATS, CAPS, VISORS, AND CHILDREN'S CLOTHING, NAMELY, BIBS, JUMPERS, ONESIES, BOOTIES, AND BABY BOTTOMS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 7-0-1965; IN COMMERCE 7-0-1965.

SER. NO. 75-038,578, FILED 12-29-1995.



*David J. Kappos*

Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

## United States Patent and Trademark Office

Reg. No. 2,028,684

Registered Jan. 7, 1997

## TRADEMARK
### PRINCIPAL REGISTER



AUBURN UNIVERSITY (ALABAMA INSTRU-
MENTALITY OF THE STATE OF ALA-
BAMA)
105 SAMFORD HALL
AUBURN, AL 36849

FOR: CLOTHING, NAMELY, SHIRTS,
SHORTS, T-SHIRTS, SLEEP SHIRTS, ROBES,
TENNIS SHIRTS, SWEAT SUITS, SWEAT
PANTS, SWEAT SHIRTS, SWEAT SHORTS,
LADIES TOPS, JERSEYS, SWEATERS, BLAZ-
ERS, JACKETS, VESTS, SHOES, MITTENS,
SCARVES, SOCKS, HATS, CAPS, VISORS, AND
CHILDREN'S CLOTHING, NAMELY, BIBS,
JUMPERS, ONESIES, BOOTIES, AND BABY
BOTTOMS, IN CLASS 25 (U.S. CLS. 22 AND 39).
FIRST USE 7-0-1965; IN COMMERCE
7-0-1965.

SER. NO. 75-038,578, FILED 12-29-1995.

CARYN HINES, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

Reg. No. 2,028,684

## United States Patent and Trademark Office

Registered Jan. 7, 1997

### TRADEMARK
### PRINCIPAL REGISTER



AUBURN UNIVERSITY (ALABAMA INSTRU-MENTALITY OF THE STATE OF ALA-BAMA)
105 SAMFORD HALL
AUBURN, AL 36849

FOR: CLOTHING, NAMELY, SHIRTS, SHORTS, T-SHIRTS, SLEEP SHIRTS, ROBES, TENNIS SHIRTS, SWEAT SUITS, SWEAT PANTS, SWEAT SHIRTS, SWEAT SHORTS, LADIES TOPS, JERSEYS, SWEATERS, BLAZ-ERS, JACKETS, VESTS, SHOES, MITTENS, SCARVES, SOCKS, HATS, CAPS, VISORS, AND CHILDREN'S CLOTHING, NAMELY, BIBS, JUMPERS, ONESIES, BOOTIES, AND BABY BOTTOMS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 7-0-1965; IN COMMERCE 7-0-1965.

SER. NO. 75-038,578, FILED 12-29-1995.

CARYN HINES, EXAMINING ATTORNEY

Int. Cls.: **16, 21, 25, 28 and 41**

Prior U.S. Cls.: **2, 5, 13, 22, 23, 29, 30, 33, 37, 38, 39, 40, 50, 100, 101 and 107**

Reg. No. 3,161,850

# United States Patent and Trademark Office

Registered Oct. 24, 2006

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

# Louisiana State University

BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE (LOUISIANA STATE UNIVERSITY)
FINANCE AND ADMINISTRATIVE SERVICES
330 THOMAS BOYD HALL
BATON ROUGE, LA 70803

FOR: PRINTED GREETING CARDS, STATIONERY, NOTE PADS, WRITING TABLETS, CALENDARS, PAPER NAPKINS, WRAPPING PAPER, GIFT BAGS, NAMELY, PAPER GIFT BAGS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 12-31-1870; IN COMMERCE 12-31-1980.

FOR: HOUSEHOLD UTENSILS NAMELY, SPATULAS, SERVING FORKS, FORKS FOR USE AS UTENSILS FOR BARBECUES, BASTING SPOONS, MIXING SPOONS, SERVING SPOONS, SLOTTED SPOONS, SERVING TONGS, TONGS FOR USE AS UTENSILS FOR BARBECUES, AND PLATES, BEVERAGE GLASSWARE, CERAMIC FIGURES, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 12-31-1870; IN COMMERCE 12-31-1980.

FOR: VISORS, HATS, T-SHIRTS, PONCHOS, JERSEYS, POLO SHIRTS, JEANS, SOCKS, FLIP FLOPS, TENNIS SHOES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-31-1870; IN COMMERCE 12-31-1980.

FOR: STUFFED TOY ANIMALS, PUZZLES, CHRISTMAS TREE ORNAMENTS, TOY MINI-HEL-

METS, PLAYING CARDS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-31-1870; IN COMMERCE 12-31-1980.

FOR: EDUCATIONAL SERVICES, NAMELY, PROVIDING INSTRUCTION AT THE COLLEGE LEVEL AND ENTERTAINMENT SERVICES, NAMELY, PROVIDING THEATRICAL PRODUCTIONS AND ATHLETIC EVENTS, NAMELY, FOOTBALL GAMES, BASKETBALL GAMES, BASEBALL GAMES, SOCCER GAMES, SOFTBALL GAMES, SWIMMING MEETS, TRACK MEETS, GOLF MATCHES, TENNIS MATCHES, VOLLEYBALL MATCHES AND GYMNASTICS COMPETITIONS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 12-31-1870; IN COMMERCE 12-31-1870.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,539,230 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "STATE UNIVERSITY", APART FROM THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 78-616,876, FILED 4-26-2005.

KATHY DE JONGE, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# Geaux Tigers

**Reg. No. 4,089,447**

**Registered Jan. 24, 2012**

**Int. Cls.: 16, 21, 25 and 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE (LOUISIANA PUBLIC CONSTITUTIONAL CORPORATION)
FINANCE AND ADMINISTRATIVE SERVICES
330 THOMAS BOYD HALL
BATON ROUGE, LA 70803

FOR: PRINTED GREETING CARDS, STATIONERY, NOTE PADS, BUMPER STICKERS, CALENDARS, PAPER NAPKINS, WRAPPING PAPER, GIFT BAGS, NAMELY, PAPER GIFT BAGS, ALL THE FOREGOING RELATING TO A UNIVERSITY OR TO COLLEGIATE SPORTS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 5-31-1980; IN COMMERCE 5-31-1980.

FOR: HOUSEHOLD UTENSILS NAMELY, SPATULAS, SERVING FORKS, SERVING SPOONS, TONGS AND PLATES, BEVERAGE GLASSWARE, CERAMIC FIGURES, ALL THE FORE-GOING RELATING TO A UNIVERSITY OR TO COLLEGIATE SPORTS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 5-31-1980; IN COMMERCE 5-31-1980.

FOR: VISORS, HATS, T-SHIRTS, PONCHOS, JERSEYS, POLO SHIRTS, SOCKS, FLIP FLOPS, TENNIS SHOES, ALL THE FOREGOING RELATING TO A UNIVERSITY OR TO COLLEGI-ATE SPORTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-31-1980; IN COMMERCE 5-31-1980.

FOR: STUFFED TOY ANIMALS, PUZZLES, CHRISTMAS TREE ORNAMENTS, PLAYING CARDS, SPORTS EQUIPMENT, NAMELY, EYE BLACK TO REDUCE SUN GLARE FOR OUTDOORS AND SPORTS ACTIVITIES, ALL THE FOREGOING RELATING TO A UNIVER-SITY OR TO COLLEGIATE SPORTS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 5-31-1980; IN COMMERCE 5-31-1980.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

Director of the United States Patent and Trademark Office

**Reg. No. 4,089,447** SER. NO. 78-638,115, FILED 5-26-2005.

GISELLE AGOSTO, EXAMINING ATTORNEY

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

>  *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

>  *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

>  You must file a Declaration of Use (or Excusable Nonuse)  **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the
USPTO website for further information.  With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,984,211**

**Registered June 21, 2016**

**Int. Cls.: 16, 21, 25, 28, and 41**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE (LOUISIANA PUBLIC CONSTITUTIONAL CORPORATION)
FINANCE AND ADMINISTRATIVE SERVICES
330 THOMAS BOYD HALL
BATON ROUGE, LA 70803

FOR: PAPER, CARDBOARD AND GOODS MADE FROM THESE MATERIALS, NOT IN-CLUDED IN OTHER CLASSES, NAMELY, NOTEBOOKS, POSTERS, POSTCARDS, GREETING CARDS, PLANNERS, CALENDARS, FOLDERS, BUMPER STICKERS, AND STICKERS; PRINTED MATTER, NAMELY, BOOKS, MAGAZINES, NEWSPAPERS, NEWS-LETTERS, PAMPHLETS, FLYERS, BOOKLETS, AND BROCHURES CONCERNING COLLEGE LIFE, CAMPUS ACTIVITIES, ACADEMICS, EDUCATIONAL, AND ATHLETIC PROGRAMS, AND ALUMNI; PHOTOGRAPHS; STATIONERY; PRINTED INSTRUCTIONAL AND TEACHING MATERIAL IN THE AREAS OF UNIVERSITY LEVEL COURSES OF STUDY, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 4-5-2014; IN COMMERCE 8-30-2014.

FOR: CONTAINERS FOR HOUSEHOLD OR KITCHEN USE AND KITCHEN UTENSILS, NAMELY, DISHES, CROCKS, SERVING PLATTERS, SERVING TRAYS, KITCHEN TONGS, SPATULAS, COOKING FORKS, COOKING SPOONS; COMBS AND CLEANING SPONGES; BRUSHES, NAMELY, CAKE BRUSHES, CLEANING BRUSHES FOR HOUSEHOLD USE; ARTICLES FOR CLEANING PURPOSES, NAMELY, CLEANING CLOTHS AND CLEANING PADS; UNWORKED OR SEMI-WORKED GLASS, NOT FOR BUILDING; GLASSWARE, PORCELAIN AND EARTHENWARE NOT INCLUDED IN OTHER CLASSES, NAMELY, BEVERAGE GLASSWARE, MUGS, TRAVEL MUGS, PORCELAIN MUGS, DRINK PITCHERS; SALT AND PEPPER SHAKERS; BOTTLE OPENERS; BOTTLE STOPPERS SPECIALLY ADAPTED FOR USE WITH WINE BOTTLES; COASTERS, NOT OF PAPER AND OTHER THAN TABLE LINEN, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 4-5-2014; IN COMMERCE 8-30-2014.

FOR: CLOTHING, NAMELY, T-SHIRTS, PONCHOS, ATHLETIC UNIFORMS, PANTS, DRESSES, SHORTS, AND TOPS, FOOTWEAR, AND HEADWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

**Reg. No. 4,984,211**   FIRST USE 4-5-2014; IN COMMERCE 8-30-2014.

FOR: GAMES AND PLAYTHINGS, NAMELY, BOARD GAMES, ACTION FIGURE TOYS, STUFFED TOY ANIMALS, PUZZLES, PLAYING CARDS, BATH TOYS, CONSTRUCTION TOYS, DISC TOSS TOYS; BOBBLE HEAD DOLLS; GYMNASTIC AND SPORTING ARTICLES NOT INCLUDED IN OTHER CLASSES, NAMELY, EXERCISE MACHINES, ROWING MACHINES, BASKETBALLS, FOOTBALLS, BASEBALLS, TOY MINI-HELMETS, FOOTBALL GOALS; DECORATIONS FOR CHRISTMAS TREES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 4-5-2014; IN COMMERCE 8-30-2014.

FOR: ENTERTAINMENT AND EDUCATIONAL SERVICES, NAMELY, PROVIDING COURSES OF INSTRUCTION AT THE UNIVERSITY LEVEL; ARRANGING AND CONDUCTING ATHLETIC COMPETITIONS, ATHLETIC EVENTS, ATHLETIC TOURNAMENTS, AND ATHLETIC EXHIBITIONS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 4-5-2014; IN COMMERCE 8-30-2014.

THE MARK CONSISTS OF THE IMAGE OF THE HEAD OF A TIGER.

SN 86-454,843, FILED 11-14-2014.

ALICE BENMAMAN, EXAMINING ATTORNEY

---

### REQUIREMENTS TO MAINTAIN YOUR FEDERAL
### TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
### DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

## United States Patent and Trademark Office

**Reg. No. 2,033,762**

Registered Jan. 28, 1997

## TRADEMARK
### PRINCIPAL REGISTER

# WAR EAGLE

AUBURN UNIVERSITY (ALABAMA BODY
 CORPORATE)
105 SAMFORD HALL
AUBURN, AL 36849

FOR: CLOTHING, NAMELY, SHIRTS,
SHORTS, T-SHIRTS, SLEEP SHIRTS, ROBES,
TENNIS SHIRTS, SWEAT SUITS, SWEAT
PANTS, SWEAT SHIRTS, SWEAT SHORTS,
LADIES' TOPS, JERSEYS, SWEATERS, BLAZ-
ERS, JACKETS, VESTS, TIES, SHOES, MIT-
TENS, SCARVES, SOCKS, HATS, CAPS,
VISORS AND CHILDREN'S CLOTHING,
NAMELY, JUMPERS, CLOTH BIBS, BABY BOO-
TIES, ONESIES AND BABY PANTS, IN CLASS
25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1913; IN COMMERCE
0-0-1913.

SER. NO. 75-057,424, FILED 2-13-1996.

MARY M. MAGNER, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,033,762

Registered Jan. 28, 1997

## TRADEMARK
### PRINCIPAL REGISTER

## WAR EAGLE

AUBURN UNIVERSITY (ALABAMA BODY CORPORATE)
105 SAMFORD HALL
AUBURN, AL 36849

FOR: CLOTHING, NAMELY, SHIRTS, SHORTS, T-SHIRTS, SLEEP SHIRTS, ROBES, TENNIS SHIRTS, SWEAT SUITS, SWEAT PANTS, SWEAT SHIRTS, SWEAT SHORTS, LADIES' TOPS, JERSEYS, SWEATERS, BLAZERS, JACKETS, VESTS, TIES, SHOES, MIT-TENS, SCARVES, SOCKS, HATS, CAPS, VISORS AND CHILDREN'S CLOTHING, NAMELY, JUMPERS, CLOTH BIBS, BABY BOO-TIES, ONESIES AND BABY PANTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1913; IN COMMERCE 0-0-1913.

SER. NO. 75-057,424, FILED 2-13-1996.

MARY M. MAGNER, EXAMINING ATTORNEY

Int. Cls.: **14, 16 and 25**

Prior U.S. Cls.: **2, 5, 22, 23, 27, 28, 29, 37, 38, 39 and 50**

**United States Patent and Trademark Office**

Reg. No. 3,343,650

Registered Nov. 27, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# AU

AUBURN UNIVERSITY (ALABAMA STATE UNI-
VERSITY)
6 SAMFORD HALL
AUBURN, AL 36849

FOR: ANKLE BRACELETS; BRACELETS; RUB-
BER OR SILICON WRISTBANDS IN THE NATURE
OF A BRACELET; IDENTIFICATION BRACELETS;
RINGS BEING JEWELRY; WATCH BRACELETS;
CLOCKS; COLLECTIBLE COINS; COMMEMORA-
TIVE COINS; EARRINGS; JEWELRY WATCHES;
LAPEL PINS; NECKLACES; NON-MONETARY CO-
INS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 0-0-1967; IN COMMERCE 0-0-1967.

FOR: ART PRINTS; PRESSURE SENSITIVE GRA-
PHICS FOR APPLICATION TO AUTOMOBILES;
BOOK COVERS; BOOK HOLDERS; NOTE BOOKS;
WIREBOUND BOOKS; ADDRESS BOOKS; AP-
POINTMENT BOOKS; BLANK JOURNAL BOOKS;
CHECK BOOKS; CHECKBOOK COVERS; COMPO-
SITION BOOKS; DATA BOOKS; MEMORANDUM
BOOKS; BANK CHECKS; BULLETIN BOARDS;
BUMPER STICKERS; CALENDARS; CHILDREN'S
BOOKS; COASTERS MADE OF PAPER; COOK
BOOKS; DESKTOP BUSINESS CARD HOLDERS;
MEMORY BOOKS; PAPERWEIGHTS; DECALS;
DRY ERASE WRITING BOARDS AND WRITING
SURFACES; LETTER OPENERS; PAPER FLAGS;
GIFT CARDS; GIFT WRAP PAPER; PAPER GIFT
TAGS; DRIVER'S LICENSE HOLDERS; BLANK
WRITING JOURNALS; MONEY CLIPS; PENS;
STANDS FOR PEN AND PENCIL; PAPER NAPKINS;
NOTE CARDS; NOTE PAD HOLDERS; STATION-
ERY-TYPE PORTFOLIOS; POSTCARDS; POSTERS;
SCRAPBOOK ALBUMS; SCRAPBOOK PAGES;

STENCILS; STICKERS; TEMPORARY TATTOOS;
THREE-RING BINDERS; BATHROOM TISSUE; PA-
PER TABLE CLOTHS, IN CLASS 16 (U.S. CLS. 2, 5, 22,
23, 29, 37, 38 AND 50).

FIRST USE 0-0-1967; IN COMMERCE 0-0-1967.

FOR: APRONS; BANDANAS; BASEBALL CAPS;
BATHING SUITS; BELTS; BOOTIES; SPORTS JER-
SEYS; BOXER SHORTS; CHILDREN'S AND IN-
FANTS' CLOTH BIBS; ATHLETIC UNIFORMS;
DRESS SHIRTS; GOLF SHIRTS; SWEAT SHIRTS; T-
SHIRTS; WIND SHIRTS; FLIP FLOPS; FOOTWEAR;
GLOVES; GOLF SHOES; HATS; HEADBANDS;
JACKETS; JEANS; LINGERIE; LOUNGEWEAR;
PANTS; SPORT COATS; PAJAMAS; PANTIES;
SCRUBS NOT FOR MEDICAL PURPOSES;
PONCHOS; RAINWEAR; ROBES; SANDALS;
SCARVES; RUGBY TOPS; SHORTS; SLIPPERS;
SOCKS; SWEATERS; V-NECK SWEATERS; TANK
TOPS; TENNIS SHOES; TIES; TURTLENECKS;
VESTS; VISORS; WRISTBANDS, IN CLASS 25 (U.S.
CLS. 22 AND 39).

FIRST USE 0-0-1967; IN COMMERCE 0-0-1967.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,028,684, 3,052,644
AND OTHERS.

SER. NO. 77-155,248, FILED 4-12-2007.

MARY ROSSMAN, EXAMINING ATTORNEY

Int. Cls.: **16, 21, 25, 28 and 41**

Prior U.S. Cls.: **2, 5, 13, 22, 23, 29, 30, 33, 37, 38, 39, 40, 50, 100, 101 and 107**

# United States Patent and Trademark Office

Reg. No. 3,161,850

Registered Oct. 24, 2006

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

# Louisiana State University

BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE (LOUISIANA STATE UNIVERSITY)
FINANCE AND ADMINISTRATIVE SERVICES
330 THOMAS BOYD HALL
BATON ROUGE, LA 70803

FOR: PRINTED GREETING CARDS, STATIONERY, NOTE PADS, WRITING TABLETS, CALENDARS, PAPER NAPKINS, WRAPPING PAPER, GIFT BAGS, NAMELY, PAPER GIFT BAGS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 12-31-1870; IN COMMERCE 12-31-1980.

FOR: HOUSEHOLD UTENSILS NAMELY, SPATULAS, SERVING FORKS, FORKS FOR USE AS UTENSILS FOR BARBECUES, BASTING SPOONS, MIXING SPOONS, SERVING SPOONS, SLOTTED SPOONS, SERVING TONGS, TONGS FOR USE AS UTENSILS FOR BARBECUES, AND PLATES, BEVERAGE GLASSWARE, CERAMIC FIGURES, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 12-31-1870; IN COMMERCE 12-31-1980.

FOR: VISORS, HATS, T-SHIRTS, PONCHOS, JERSEYS, POLO SHIRTS, JEANS, SOCKS, FLIP FLOPS, TENNIS SHOES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-31-1870; IN COMMERCE 12-31-1980.

FOR: STUFFED TOY ANIMALS, PUZZLES, CHRISTMAS TREE ORNAMENTS, TOY MINI-HEL-

METS, PLAYING CARDS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-31-1870; IN COMMERCE 12-31-1980.

FOR: EDUCATIONAL SERVICES, NAMELY, PROVIDING INSTRUCTION AT THE COLLEGE LEVEL AND ENTERTAINMENT SERVICES, NAMELY, PROVIDING THEATRICAL PRODUCTIONS AND ATHLETIC EVENTS, NAMELY, FOOTBALL GAMES, BASKETBALL GAMES, BASEBALL GAMES, SOCCER GAMES, SOFTBALL GAMES, SWIMMING MEETS, TRACK MEETS, GOLF MATCHES, TENNIS MATCHES, VOLLEYBALL MATCHES AND GYMNASTICS COMPETITIONS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 12-31-1870; IN COMMERCE 12-31-1870.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,539,230 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "STATE UNIVERSITY", APART FROM THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 78-616,876, FILED 4-26-2005.

KATHY DE JONGE, EXAMINING ATTORNEY